Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 23, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 23, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01139-CV

____________

 

IN RE ROBERT D. BLISS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On November 10, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In his petition, relator
sought to have this court compel the Honorable Susan Criss,
presiding judge of the 212th District Court in Galveston County, to grant a
motion to suppress evidence and dismiss criminal
charges pending against him.

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 23, 2005.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson.